**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Lynne M Pierce | Chapter: 13 |
| | Case No: 15–11996 |
| Debtor | Judge William C. Hillman |

### NOTICE OF FILING FEE DUE ON DISMISSED CASE.

Pursuant to 28 USC section 1930, fees are due and owing to the Court when the case is filed.

On **MAY 20, 2015** the Court entered an **Order Approving Payment of Filing Fee in Installments.** As stated in that Order, *If the debtor fails to timely pay the filing fee in full or to timely make installment payments, the Court may dismiss the debtor's case and the full fee will become due*.

On **JUNE 4, 2015 the Court entered an Order dismissing this case.**

A balance in the amount of $ 205.00 is still owed to the Court. Please submit your payment by **JULY 2, 2015 .**

Date:6/18/15

By the Court,

Joan M. Regan
Deputy Clerk
617–748–5331

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED. MONEY ORDER payable to the CLERK, U.S. BANKRUPTCY COURT**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN FURTHER ACTION BY THE COURT WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

18 – 8