**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Lynne M Pierce<br>Debtor, | Chapter: 13<br>Case No: 15–11996<br>Judge William C. Hillman |

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above **bankruptcy case** was entered on 6/4/15 .

Date:6/22/15                                                                                    By the Court,

                                                                                                           Joan M. Regan
                                                                                                           Deputy Clerk
                                                                                                           617–748–5331

20