UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Lynne M. Pierce, | ) | Chapter   13 |
| | ) | Case No.   15-11996-WCH |
| Debtor | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL ORDERS, NOTICES AND PLEADINGS

Pursuant to Bankruptcy Rule of Procedure 2002 (g) and Local Rule 12 C, the WEYMOUTHPORT CONDOMINIUM-PHASE I TRUST, a secured statutory creditor in the above-referenced bankruptcy proceeding, hereby requests that all matters which must be noticed to creditors, any creditor's committees, and any other parties in interest (Rule 2002(a), (b) and (c)), whether sent by the Court, the Debtor or any other party in the case, be sent to the undersigned counsel, and further that undersigned counsel be added to the Court's master mailing matrix.

Respectfully submitted,
WEYMOUTHPORT CONDOMINIUM-PHASE I TRUST

By its attorneys,
MARCUS, ERRICO, EMMER & BROOKS, P.C.

Dated: June 27, 2015

/s/ Laura White Brandow
Laura White Brandow, Esquire
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Park, Suite 107
Braintree, Massachusetts 02184
Telephone: (781) 843-5000
BBO #560129
lbrandow@meeb.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | |
| Lynne M. Pierce, | ) ) | Chapter 13
Case No. 15-11996-WCH |
| Debtor | ) ) | |

**CERTIFICATE OF SERVICE**

I, Laura White Brandow, attorney for the WEYMOUTHPORT CONDOMINIUM-PHASE I TRUST, do hereby certify that on June 27, 2015, I served the foregoing "NOTICE OF APPEARANCE", by causing same to be electronically filed with the Court, and by causing a copy of the Notice of Appearance to be mailed first class, postage prepaid, to any of the parties listed on the attached Service list not noted as receiving electronic notice.

/s/ Laura White Brandow
Laura White Brandow, Esquire
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Park, Suite 107
Braintree, Massachusetts 02184
Telephone: (781) 843-5000
BBO #560129
lbrandow@meeb.com

## SERVICE LIST

Ms. Lynne M. Pierce
Unit M51B, 61 Broad Ranch
No. Weymouth, MA 02191
(Debtor-Pro Se)

Carolyn Bankowski
P.O. Box 8250
Boston, MA 02114
(Chapter 13 Trustee)