**II. SECURED CLAIMS:**

A. Claims to be paid through the Plan (including arrears)

US BANKRUPTCY COURT
2015 JUN 29  PM 2 28

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| Janet Oulousian | Condo fee | $ 7,000 |
| Donald Solomon | Judgement | $ 14,000 |
| NCO Portfolio Mgmt | | $ 1,700 |

Total of secured claims to be paid through the Plan:  $ _____

B. ~~Claims to be paid directly by debtor to creditors (Not through Plan):~~

| Creditor | Description of Claim | |
|---|---|---|
| HSBC | | $ 569 |
| Lustig Glaser Wilson | credit | $ 11,397.00 |
| Verizon | | $ 5000.00 |
| National Grid | | $ 3300.00 |
| Comcast | | $ 751 |
| protect america | | $ 1118 |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| | | |
| | | |

D. Leases:

  i. The debtor(s) intend(s) to reject the residential/personal property lease claims of _____ ; or

  ii. The debtor(s) intend(s) to assume the residential/personal property lease claims of _____ .

  iii. The arrears under the lease to be paid under the Plan are _____ .

**III. PRIORITY CLAIMS:**

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

Total of Priority Claims to Be Paid Through the Plan:   $_____

**IV. ADMINISTRATIVE CLAIMS:**

A. Attorney's Fees (to be paid through the Plan):   $_____

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

C. The chapter 13 trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% trustee's commission.

**V. UNSECURED CLAIMS:**

The general unsecured creditors shall receive a dividend of _____% of their claims.

A. General unsecured claims   $_____

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| ~~Horizon~~ | | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

C.  Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

Total of Unsecured Claims (A + B + C):      $_____

D.  Multiply total by percentage:      $_____
    (Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E.  Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

Total amount of separately classified claims payable at _____%:      $_____

## VI.  OTHER PROVISIONS:

A.  Liquidation of assets to be used to fund the Plan:

_____

_____.

B.  Miscellaneous Provisions:

_____

_____.

VII. **CALCULATION OF PLAN PAYMENT:**

A. Secured claims (Section I-A Total): $_____

B. Priority claims (Section II-A & B Total): $_____

C. Administrative claims (Section III-A&B Total): $_____

D. Regular unsecured claims (Section IV-D Total): + $_____

E. Separately classified unsecured claims: $_____

F. Total of A + B + C + D + E above: = $ 45,000.⁰⁰

G. Divide (F) by .90 for total including trustee's fee:

Cost of Plan = $ 50,000.⁰⁰

(This represents the total amount to be paid into the Chapter 13 Plan)

H. Divide (G), Cost of Plan, by Term of Plan, 36 months

I. Round up to nearest dollar for Monthly Plan Payment: $ 1389.⁰⁰  ?
(Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

VIII. **LIQUIDATION ANALYSIS**

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

Total Net Equity for Real Property: $_____

Less Total Exemptions (Schedule C): $_____

Available Chapter 7: $_____

B. Automobile (Describe year, make, model):

_____ Value $_____ Lien $_____ Exemption $ _____

_____ Value $_____ Lien $_____ Exemption $ _____

Total Net Equity:                                                         $_____

Less Total Exemptions (Schedule C)                      $_____

Available Chapter 7:                                                  $_____

C. All other Assets: (All remaining items on Schedule B) : (Itemize as necessary)

_____

_____.

Total Net Value:                                                         $_____

Less Exemptions (Schedule C):                              $_____

Available Chapter 7:                                                  $_____

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:

$_____

E. Additional Comments regarding Liquidation Analysis:

_____

_____

## IX. SIGNATURES

Pursuant to the Chapter 13 Rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the chapter 13 trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

_____          _____

Debtor's Attorney                                                     Date

_____          _____

Debtor's Attorney                                                     Date

Attorney's Address: _____

_____

Tel. # ( ___ ) _____-_____

Email Address: _____

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

_/s/ Lynne Pierce_____    _6/2/15_____
Debtor                          Date

_____    _____
Debtor                          Date

US BANKRUPTCY COURT
2015 JUN 29 PM 2 28