June 11, 2015

To whom it may concern:

US BANKRUPTCY COURT

2015 JUN 29 PM 2 28

Please allow a motion to reconsider for my Chapter 13. I sent my paystubs in and the wrong form in, I am sending in form 22c and my local form 3 for chapter 13 and if allowed I have my next hearing date to come in on June 23, 2015.

Thank you,

Lynne Pierce

61 Broad Reach m51b

Weymouth, MA 02191

857-526-3031

Case No. 15-11996