June 11, 2015

To whom it may concern:

Please allow a motion to reconsider for my Chapter 13. I sent my paystubs in and the wrong form in, I am sending in form 22c and my local form 3 for chapter 13 and if allowed I have my next hearing date to come in on June 23, 2015.

Thank you,

*Lynne Pierce* (signature)

Lynne Pierce

61 Broad Reach m51b

Weymouth, MA 02191

857-526-3031

Case No. 15-11996

2015 JUL 21 AM 11 46
US BANKRUPTCY COURT

- 2 -

No. 15-11996 -WCH

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

### CERTIFICATE OF SERVICE

I certify that on or before the date written below, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts by using the CM/ECF system. I certify that the following parties or their counsel of record are registered with the CM/ECF system and that they will be served by the CM/ECF system:

*Attorney:*  *Representing:*

John Fitzgerald  Assistant U.S. Trustee
Office of the US Trustee
J.W. McCormack POCH, 10th Fl, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.GOV

Carolyn Bankowski—13  Chapter 13 Trustee
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114
Email: 13trustee@ch13boston.com

I further certify that on or before this date I served a copy of the foregoing document on the following parties or their counsel of record for each other party by hand delivery or by first class mail, postage prepaid, to their respective addresses of record as follows:

Lynne Pierce  Debtor (Pro Se)
61 Broad Reach, Apt. M-51
North Weymouth, MA 02191

Robert E. Margulies  Secured Creditor
Jennifer A. Margulies
Harborside Plaza 10
3 Second Street, Suite 1201
Jersey City, NJ 07311-3988

Janet Oulousian Aronson, Esq.  Secured Creditor –Trustees of the
Marcus, Errico, Emmer & Brooks, P.C.  Weymouthport Phase I Condominium Trust
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184

Quincy Court
Quincy Ma

Atty Donald Solomon
2001 Beacon St Suite 214
Boston Ma 02135

Lustig, Glazer + Wilson
PO Box 549287
Waltham ma 02454

FCNB Inc
PO Box 51660
Sparks NV 89435

nco Portfolio mgmt
1201 market st suite 800
Wilmington DE 17807

National Grid
PO Box 960
Northborough Ma 9530

Verizon wireless bancruptcy Admin
500 Technology Dr Suite 550
Weldon Spring MO 63304

Verizon Inc.
PO Box 15124
Albany NJ 12212

Protect America
155 n Lake Ave.
Pasadena Ca

Comcast Corp
1500 market st.
Philadelphia PA 19102

HSBC Bank
1111 Town center Dr.
Las Vegas NV 89134